UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

FILED
JUN - 8 2009
DAVID CREWS, CLERK
By_____ Deputy

COURT FILE NO.: 1:09CV145-MD

| | |
|---|---|
| Vera Dukes, <br><br> Plaintiff, <br> v. <br><br> NCO Financial Systems, Inc., <br><br> Defendant. | **COMPLAINT** <br><br><br><br> **JURY TRIAL DEMANDED** |

## JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331, 28 U.S.C § 1332, 15 U.S.C. § 1692k(d) and and pursuant to 28 U.S.C. § 1367 for pendent claims.

2. This action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

3. Venue is proper in this District because a substantial part of the acts at issue occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES

4. Plaintiff Vera Dukes is a natural person who resides in the City of Tupelo, County of Lee, State of Mississippi.

5. Defendant NCO Financial Systems, Inc. (hereinafter "NCO") is a collection agency operating from an address of 507 Prudential Road, Horsham, PA 19044, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6). NCO may be served with

process through its registered agent, CT Corporation Systems, at 645 Lakeland East Drive, Suite 101, Flowood, MS 39232.

## FACTUAL ALLEGATIONS

6. In April 2009, Defendant began calling the home phone of Plaintiff using an automated dialer and a computerized recording seeking to collect a debt.

7. Plaintiff returned the phone call and informed Defendant's agent that all communications regarding any alleged debt Defendant sought to collect should be directed through undersigned counsel.

8. On April 23, 2009, undersigned counsel contacted Defendant to discuss the alleged debt Defendant sought to collect from Plaintiff.

9. On April 24, 2009, Plaintiff's counsel transmitted to Defendant a written letter of representation instructing Defendant to direct all communications regarding Plaintiff's account through counsel's office and requesting verification of the alleged debt pursuant to the provisions of 11 U.S.C. § 1692 . (Letter to Defendant, Exhibit A).

10. Despite the written request transmitted by Plaintiff's counsel, Defendant continues to contact Plaintiff directly by telephone, placing phone calls using a computerized recording on a number of occasions, including but not limited to May 28, 2009 and June 2, 2009.

11. Defendant has also failed to provide verification of the debt within thirty (30) days as requested by Plaintiff's counsel.

*Summary*

12. The above-described collection activities by Defendant NCO constitute violations of the provisions of the FDCPA, including but not limited to, 15 U.S.C. §§ 1692b(6), 1692c(2), 1692e, 1692e(2), 1692e(10), 1692f, 1692f(1), 1692g(a) and 1692g(b), amongst others.

13. Plaintiff has suffered actual damages as a result of these illegal collection communications by this Defendant in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, amongst other negative emotions, as well as suffering from unjustified and abusive invasions of personal privacy.

## TRIAL BY JURY

14. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. US Const. amend. 7. Fed.R.Civ.P. 38.

## CAUSES OF ACTION

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

15. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. The foregoing acts and omissions of Defendant and their agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to the Plaintiff.

17. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to

$1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendant.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that judgment be entered against each and every Defendant:

## COUNT I.

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692 et seq.

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendant and for the Plaintiff;

- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against Defendant and for the Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant and for the Plaintiff;

Respectfully submitted,

Dated: June 4, 2009

**DEAS & DEAS, LLC**

By: _____
W. Lawrence Deas, Esq.
MS BAR NO. 100227
P.O. Box 7282
Tupelo, MS 38802
Telephone: (662)842-4546
Facsimile: (662)842-5449
LDeas@AOL.com



# DEAS & DEAS, LLC
### ATTORNEYS AT LAW

Phone: (662) 842-4546
Fax: (662) 842-5449

Post Office Box 7282
Tupelo, MS 38802

219 N. Church Street.
Tupelo, MS 38804

Number of pages in this facsimile (including the cover page): 2

DATE: April 24, 2009

TO: NCO Financial

FAX NUMBER: 215-442-8479

RE: Vera Dukes

REMARKS: Please see the attached correspondence.

Thank you for your assistance.

Shelia D. Knox

### Confidentiality Notice
This electronic transmission (and/or documents accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney/client privilege. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

# DEAS & DEAS, LLC

ATTORNEYS AT LAW

Phone: (662) 842-4546
Fax: (662) 842-5449
deaslaw@bellsouth.net

Post Office Box 7282
Tupelo, MS 38802

219 N. Church St.
Tupelo, MS 38804

Stacy Crabb Deas*
W. Lawrence Deas*

*Also admitted in Alabama

April 24, 2009

<u>VIA FACSIMILE</u>

NCO Financial
Fax no: 215-442-8479

RE:   Vera Dukes

Dear Dispute Department:

Your organization has been attempting to collect an alleged debt from my client, Ms. Vera Dukes. By way of this correspondence, I inform NCO Financial of both my representation of Ms. Dukes in this matter and that Ms. Dukes disputes the validity of the alleged debt.

Please direct all further communications to my office. Furthermore, please provide, pursuant to the provisions of 15 U.S.C. 1962 et seq, full and complete validation of the above reference debt and account within 30 days of your receipt of this correspondence.

My thanks for your cooperation.

Regards,

W. Lawrence Deas

WLD:sdk

```
*******************************
*** FAX ACTIVITY REPORT TX/RX ***
*******************************
```

| ST. TIME | DESTINATION ADDRESS | | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| *04/16 15:20 | | 14048513601 | 1127 | TX | ECM | 4 | OK | 00'48 |
| *04/16 15:22 | BXS CLOSING | 6787585 | 1132 | SEQ. BROADCAST | ECM | 3 | OK | 00'39 |
| *04/16 15:24 | BXS CLOSING 2 | 6787689 | 1132 | SEQ. BROADCAST | ECM | 3 | OK | 00'37 |
| *04/17 08:49 | | 6805654 | 1133 | TX | ECM | 2 | OK | 00'21 |
| *04/17 09:06 | | +6628423187 | 8246 | AUTO RX | ECM | 55 | OK | 06'25 |
| *04/17 10:16 | BXS CLOSING | 6787585 | 1135 | SEQ. BROADCAST | ECM | 2 | OK | 00'41 |
| *04/17 10:18 | BXS CLOSING 2 | 6787689 | 1135 | SEQ. BROADCAST | ECM | 2 | OK | 00'40 |
| *04/17 10:24 | | 3773101 | 1136 | TX | ECM | 2 | OK | 00'23 |
| *04/17 12:19 | BXS CLOSING | 6787585 | 1137 | SEQ. BROADCAST | ECM | 2 | OK | 00'41 |
| *04/17 12:20 | BXS CLOSING 2 | 6787689 | 1137 | SEQ. BROADCAST | ECM | 2 | OK | 00'40 |
| *04/17 22:02 | UNKNOWN | | 8247 | AUTO RX | | 0 | NG 0 | 00'51 #005 |
| *04/20 09:06 | | 1 2 | 8248 | AUTO RX | ECM | 2 | OK | 00'42 |
| *04/20 10:02 | | 714977101 | 8249 | AUTO RX | ECM | 6 | OK | 01'16 |
| *04/20 12:56 | | 6626801414 | 8250 | AUTO RX | ECM | 11 | OK | 01'57 |
| *04/21 07:34 | | 6626801414 | 8251 | AUTO RX | ECM | 5 | OK | 00'42 |
| *04/21 08:50 | | 662 620 0665 | 8252 | AUTO RX | ECM | 4 | OK | 00'31 |
| *04/21 12:21 | | 6622523466 | 8253 | AUTO RX | ECM | 2 | OK | 01'12 |
| *04/21 13:55 | | 205 458 5100 | 8254 | AUTO RX | ECM | 2 | OK | 00'23 |
| *04/21 14:38 | new record room | 8417940 | 1154 | TX | ECM | 4 | OK | 00'47 |
| *04/21 14:54 | | 6801414 | 1155 | TX | ECM | 3 | OK | 00'42 |
| *04/21 15:08 | new record room | 8417940 | 1156 | TX | ECM | 2 | OK | 00'25 |
| *04/21 16:05 | | 6801414 | 1158 | TX | ECM | 7 | OK | 01'21 |
| *04/21 16:35 | | 6624230089 | 8255 | AUTO RX | ECM | 8 | OK | 02'01 |
| *04/21 16:42 | | 8440833 | 1162 | TX | | 9 | OK | 05'29 |
| *04/22 11:07 | Ted Day | 8423187 | 1163 | TX | ECM | 7 | NG 7 | 01'19 |
| *04/22 11:14 | Ted Day | 8423187 | 1163 | TX | ECM | 9 | OK | 03'41 |
| *04/22 11:21 | | 662 823 6962 | 8256 | AUTO RX | | 18 | OK | 08'14 |
| *04/22 11:58 | | 6626801414 | 8257 | AUTO RX | ECM | 6 | OK | 01'24 |
| *04/22 13:04 | | 6626801414 | 8258 | AUTO RX | ECM | 2 | OK | 00'25 |
| *04/23 12:31 | UNKNOWN | | 8259 | AUTO RX | ECM | 4 | OK | 00'55 |
| *04/23 12:39 | | 805 520 5019 | 8260 | AUTO RX | ECM | 3 | OK | 01'29 |
| *04/23 12:53 | | +6626204847 | 8261 | AUTO RX | ECM | 14 | OK | 02'20 |
| *04/23 13:00 | | 805 520 5019 | 8262 | AUTO RX | ECM | 3 | OK | 01'24 |
| *04/23 13:28 | | 805 520 5019 | 8263 | AUTO RX | ECM | 3 | OK | 01'30 |
| *04/23 13:52 | | 6627282007 | 8264 | AUTO RX | ECM | 10 | OK | 01'54 |
| *04/23 14:07 | | 16015542017 | 1176 | TX | | 2 | OK | 01'13 |
| 04/23 14:14 | UNKNOWN | | 8265 | AUTO RX | ECM | 6 | OK | 01'24 |
| 04/23 16:07 | | 205 458 5100 | 8266 | AUTO RX | ECM | 2 | OK | 00'24 |
| 04/24 09:10 | | 17349570998 | 1179 | TX | | 0 | NG 0 | 00'00 #018 |
| 04/24 11:07 | | 12154428479 | 1180 | TX | ECM | 2 | OK | 00'54 |